| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) 1:13CR00149 1 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | JUDGE BRANN 4: CR 19-002 | DOCKET NUMBER (Rec. Court) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Marcus Davis MD/PA | DISTRICT DISTRICT OF VERMONT | DIVISION |
|---|---|---|
| | NAME OF SENTENCING JUDGE The Honorable J. Garvan Murtha | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 4/24/2017 — TO 4/23/2021 |

OFFENSE

Possession with Intent to Distribute 100 grams or more of Heroin

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF VERMONT

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Middle District of Pennsylvania upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

12·28·18
Date

[signature]
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Jan. 7, 2019.
Effective Date

[signature] Matthew W. Brann
United States District Judge